# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * *
                                    *
LITCHFIELD APARTMENT                *
COMPANY et al.,                     *
                                    *
            Plaintiffs,             *
                                    *   No. 17-1093C
      v.                            *   Filed: January 4, 2018
                                    *
UNITED STATES,                      *
                                    *
            Defendant.              *
                                    *
* * * * * * * * * * * * * * * * * *
```

### O R D E R

The court is in receipt of the parties' January 4, 2018 joint stipulation of dismissal with prejudice of the above-captioned case. Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims (2016), this court **ORDERS** that this case be **DISMISSED** with prejudice, with each party to bear its own costs.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**